UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22622-CMA

HOWARD COHAN,

    Plaintiff,

vs.

TCC CITY PLACE, LLC
a Florida Limited Liability Company
d/b/a THE CHEESE COURSE

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, TCC CITY PLACE, LLC, a Florida Limited Liability Company, d/b/a THE CHEESE COURSE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED August 28, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Simona Burshteyn**
SIMONA BURSHTEYN
Florida Bar No. 105075
Burshteyn@hddlawfirm.com
LEON F. HIRZEL
Florida Bar No. 085966
hirzel@hddlawfirm.com
HIRZEL DREYFUSS & DEMPSEY, PLLC
Attorneys for Defendant
121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**